

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-13-00870-CV

Frank **HERRERA**, Jr.,
Appellant

v.

**TEXAS STATE BOARD OF PLUMBING EXAMINERS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18829
Honorable Dick Alcala, Judge Presiding

## O R D E R

On September 3, 2014, this court received appellant's brief. The brief violates Rule 38 of the Texas Rules of Appellate Procedure in that it cites no authority, does not contain an index of authorities, contains no record citations, and does not contain proof of service. *See* TEX. R. APP. P. 38.1(c), (i), (k); *id.* R. 9.5(d)-(e). In addition, the brief does not contain a certificate of compliance. *See id*. R. 9.4(i)(3). While substantial compliance with Rule 38 is sufficient, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See* TEX. R. APP. P. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38.

It is therefore ORDERED that appellant file an amended brief within twenty days from the date of this order. If the amended brief does not correct the violations, we may strike the brief and prohibit appellant from filing another. *See* TEX. R. APP. P. 38.9(a); *see also id*. R. 38.8(a)(1).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court